UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| Case No. | 2:08 cv-07568-CAS(AGRx) | Date | March 20, 2015 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA V. $743,856.34 IN BANK FUNDS | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers)** ORDER TO ENTER DEFAULT

On December 3, 2008, plaintiff United States of America filed a first amended complaint for Forfeiture against defendant $743,856.34 in bank funds. Dkt. No. 108-1. On December 4, 2008, plaintiff mailed all potential claimants notice of the complaint, and instructed them to file any claims by January 8, 2009. Id. On December 15, 2008, plaintiff posted notice of this action for 30 days, terminating January 13, 2009, on www.forefeiture.gov. Id.

By the January 8, 2009 deadline, three claimants had made claims totaling $549,222.39. Id. The remaining $194,633.96 in bank funds went unclaimed. Id. The deadline for filing a claim and an answer have expired. Id.

The Court concludes that the entry of default is proper. See United States v. One Glock 19, 2007 WL 2438361, at *7 (N.D. Cal. Aug. 23, 2007) (upholding the entry of a default judgment against $9,000 of unclaimed funds, a portion of the originally pleaded $10,130, because $1,130 was claimed and returned).

The clerk is hereby ORDERED to enter default against the $194,633.96 in unclaimed bank funds.

IT IS SO ORDERED

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |