STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569
     Facsimile: (213) 894-7177
     E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $743,856.34 IN BANK FUNDS, <br><br> Defendant. <br><br> PATRICIA CLARK and KIMBERLY CLARK, <br><br> Claimants. | Case No. CV 08-7568-CAS(AGRx) <br><br> [~~PROPOSED~~] <br><br> **CONSENT JUDGMENT OF FORFEITURE BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND CLAIMANT KIMBERLY CLARK WITH RESPECT TO THE PORTION OF THE DEFENDANT $743,856.34 IN BANK FUNDS CLAIMED BY CLAIMANT KIMBERLY CLARK IN THIS CIVIL FORFEITURE PROCEEDING** <br><br> [This Consent Judgment Of Forfeiture Is Not Dispositive Of This Entire Action] |

On or about December 3, 2008, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a First Amended Complaint for Forfeiture

alleging that the defendant $743,856.34 in Bank Funds (the "defendant bank funds") is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 984.  The First Amended Complaint provides that the defendant bank funds are comprised of the following:

  (a) $7,094.97 in bank funds seized on or about June 3, 2008 from one Washington Mutual Bank account in the name of Kim & Kristin Investments, Inc., with a number ending in 0404;

  (b) $319.73 in bank funds seized on or about June 3, 2008 from one Wells Fargo Bank account in the name of Kim and Kristin Investments, Inc., with a number ending in 0499;

  (c) $53,993.12 in bank funds seized on or about June 3, 2008 from one Wells Fargo Bank account in the name of Cardinal & Gold Investments, Inc., with a number ending in 8501;

  (d) $102,746.14 in bank funds seized on or about June 4, 2008 from one Wells Fargo Bank account in the name of Kristin A. Clark and Patricia W. Clark, with a number ending in 9222;

  (e) $39,215.22 in bank funds seized on or about June 3, 2008 from one Wells Fargo Bank account in the name of Kimberly J. Clark and Patricia W. Clark, with a number ending in 1949;

  (f) $292,680.33 in bank funds seized on or about June 3, 2008 from one Wells Fargo Bank account in the name of Patricia Clark, with a number ending in 4912;

  (g) $50,123.30 in bank funds seized on or about June 3, 2008 from one Wells Fargo Bank account in the name of Kimberly J. Clark, with a number ending in 7785;

        (h)   $30,480.00 in bank funds seized on or about June 3, 2008 from one Washington Mutual Bank account in the name of Cardinal & Gold Investments, Inc. or Kristin Clark, with a number ending in 1733; and

        (i)   $167,203.53 in bank funds seized on or about June 3, 2008 from one Wells Fargo Bank account in the name of Antoine Beard with a number ending in 7876.

    On or about January 8, 2009, claimant Patricia Clark filed a claim to $292,680.33 of the defendant bank funds (i.e., item (f) above) and claimant Kimberly Clark filed a claim to $89,338.52 of the defendant bank funds (i.e., items (e) and (g) above and referred to herein as the "Kimberly Clark-claimed $89,338.52 of the defendant bank funds").  On or about February 9, 2009, claimants Patricia Clark and Kimberly Clark filed their respective answers to the First Amended Complaint.

    On or about January 8, 2009, former claimant Antoine Beard filed a claim to $167,203.53 of the defendant bank funds (i.e., item (i) above).  Pursuant to a consent judgment between Antoine Beard and the government filed on or about March 6, 2015, Antoine Beard forfeited the $167,203.53 to the government and terminated his status as a claimant in this case.

    No other parties have appeared in this case and the time for filing claims and answers has expired.

    The government and claimant Kimberly Clark have now agreed to settle this action relative to the disputes between them with respect to the Kimberly Clark-claimed $89,338.52 of the defendant bank funds and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. As between the United States of America and claimant Kimberly Clark, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture with respect to the Kimberly Clark-claimed $89,338.52 of the defendant bank funds.

2. As between the United States of America and claimant Kimberly Clark, the First Amended Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 984 with respect to the Kimberly Clark-claimed $89,338.52 of the defendant bank funds.

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than claimant Kimberly Clark with respect to the Kimberly Clark-claimed $89,338.52 of the defendant bank funds. The Court deems that all other potential claimants admit the allegations of the First Amended Complaint for Forfeiture to be true with respect to the Kimberly Clark-claimed $89,338.52 of the defendant bank funds.

4. The Kimberly Clark-claimed $89,338.52 of the defendant bank funds, plus the interest earned by the United States of America on the Kimberly Clark-claimed $89,338.52 of the defendant bank funds shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. Claimant Kimberly Clark hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimant Kimberly Clark, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. As between the United States of America and claimant Kimberly Clark, the Court finds that there was reasonable cause for the seizure of the Kimberly Clark-claimed $89,338.52 of the defendant bank funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as between the United States of America and claimant Kimberly Clark with respect to the Kimberly Clark-claimed $89,338.52 of the defendant bank funds.

7. The Court further finds that claimant Kimberly Clark did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: June 1, 2015

*[signature: Christina A. Snyder]*

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above judgment and waive any right to appeal this Consent Judgment of Forfeiture.

Dated: May <u>29</u>, 2015   STEPHANIE YONEKURA
            Acting United States Attorney
            ROBERT E. DUGDALE
            Assistant United states Attorney
            Chief, Criminal Division
            STEVEN R. WELK
            Assistant United States Attorney
            Chief, Asset Forfeiture Section


            /s/ Victor A. Rodgers
            VICTOR A. RODGERS
            Assistant United States Attorney

            Attorneys for Plaintiff
            UNITED STATES OF AMERICA


DATED: May <u>29</u>, 2015   LAW OFFICES OF MARK J. WERKSMAN


            /s/ Mark M. Hathaway
            MARK M. HATHAWAY, ESQ.

            Attorneys for Claimants
            PATRICIA CLARK and KIMBERLY CLARK