O

JS-6

EILEEN M. DECKER
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CV 08-7568-CAS(AGRx) |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| | ) **DEFAULT JUDGMENT OF FORFEITURE AS TO** |
| v. | ) **$194,633.96 OF THE DEFENDANT** |
| | ) **$743,856.34 IN BANK FUNDS** |
| $743,856.34 IN BANK FUNDS, | ) |
| Defendant. | ) |

On December 3, 2008, plaintiff United States of America filed a Verified First Amended Complaint for Forfeiture alleging that the defendant $743,856.34 in Bank Funds was subject to forfeiture.

On March 20, 2015, a Default by Clerk as to the First Amended Complaint for Forfeiture was entered against the interests of Kristin Clark, Kim & Kristin Investments, Inc., Cardinal & Gold Investments, Inc., Kimberly Clark, Patricia

1  Clark, Antoine Beard, Bank of America and all other potential
2  claimants as to $194,633.96 of the defendant $743,856.34 in Bank
3  Funds.
4      The Court having been duly advised of and having considered
5  the matter,
6      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7      1.   The Court has jurisdiction over the subject matter of
8  this action and over the parties with respect to $194,633.96 of
9  the defendant $743,856.34 in Bank Funds.
10     2.   The Verified First Amended Complaint for Forfeiture
11 states a claim for relief with respect to $194,633.96 of the
12 defendant $743,856.34 in Bank Funds.
13     3.   Notice of this action has been given in the manner
14 required by law.  No appearances were made in this action with
15 respect to $194,633.96 of the defendant $743,856.34 in Bank
16 Funds by any claimant.  The Court deems that all potential
17 claimants, including Kristin Clark, Kim & Kristin Investments,
18 Inc., Cardinal & Gold Investments, Inc., Kimberly Clark,
19 Patricia Clark, Antoine Beard and Bank of America, admit the
20 allegations of the Verified First Amended Complaint for
21 Forfeiture to be true with respect to $194,633.96 of the
22 defendant $743,856.34 in Bank Funds.
23     4.   A default judgment shall be and hereby is entered
24 against the interests of all potential claimants, including
25 Kristin Clark, Kim & Kristin Investments, Inc., Cardinal & Gold
26 Investments, Inc., Kimberly Clark, Patricia Clark, Antoine Beard
27 and Bank of America, with respect to $194,633.96 of the
28 defendant $743,856.34 in Bank Funds.

     5.   $194,633.96 of the defendant $743,856.34 in Bank Funds shall be and hereby is forfeited to the United States of America, which shall dispose of $194,633.96 of the defendant $743,856.34 in Bank Funds in the manner required by law.

Dated: March 7, 2016

*/s/ Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented By:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA